NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY BLEVINS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7089

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-353, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The court treats Mary Blevins's submission received on November 5, 2013 as a request to treat her case as ready for submission to a merits panel.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                   BLEVINS v. SHINSEKI

      The motion is granted to the extent that this case will be placed on the next available argument calendar in due course.

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s21